UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Beverly Woolford, | Case Type: Employment |
| Plaintiff, | Civil File No. 0:13-cv-00637-SRN-JSM |
| v. | |
| Wellpoint Companies, Inc., DeCare Dental, LLC, and Delta Dental of Minnesota, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT DELTA DENTAL OF MINNESOTA TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| Defendant. | |

---

It is hereby stipulated by and between Plaintiff Beverly Woolford and Defendant Delta Dental of Minnesota ("DDMN"), through their respective counsel, that the deadline for DDMN to move, answer, or otherwise respond to Plaintiff's Complaint shall be extended to April 24, 2013, and that any failure of DDMN to respond to the Complaint on or before that date shall not constitute a waiver of any defenses or rights available to DDMN.

Dated: March 27, 2013

                                          VILLAUME & SCHIEK, P.A.

                                          By /s/Lisa McLeod Lofquist _____
                                              Philip G. Villaume (#112859)
                                              Jeffrey D. Schiek (#0305455)
                                              Lisa McLeod Lofquist (#019685X)
                                          BLN Office Park
                                          2051 Killebrew Drive, Suite 611
                                          Bloomington, MN 55425
                                          Telephone: (952) 851-9500

                                          Attorneys for Plaintiff Beverly Woolford